UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

SUMMONS IN A CIVIL ACTION

Plaintiff,

Case Number:

v.                          CV  08        2584

MAHBOUBEH BARGHISAVAR
aka SHARON BARGHI
aka SHARON MAALI,

*SLM*

Defendant(s).
_____/

TO: (Name and Address of Defendant)

> MAHBOUBEH BARGHISAVAR
> aka SHARON BARGHI aka SHARON MAALI
> 13690 FORTUNA  COURT
> SARATOGA, CA 95070

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United

States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor,

San Francisco, CA  94102, an answer to the complaint which is herewith served upon you

within 20 days after service of this summons upon you, exclusive of the day of service.

You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law,
P.O. Box 129, Alameda, CA 94501

(510) 523-4702

If you fail to do so, judgment by default will be taken against you for the relief demanded in
the complaint.

RICHARD W. WIEKING
CLERK

DATE   5-28-08

BY DEPUTY CLERK

GLORIA ACEVEDO