1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Tele:  510-523-4702

4  Attorney for the Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 08 2584 SLM |
| ) | |
| vs. ) | |
| ) | |
| ) | DISMISSAL WITH PREJUDICE |
| MAHBOUBEH BARGHISAVAR ) | |
| aka SHARON BARGHI ) | |
| aka SHARON MAALI, ) | Rule 41(a) FRCP |
| ) | |
| Defendant. ) | |
| ) | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

The claim herein having been compromised, you are hereby authorized and directed to enter herein a Dismissal With Prejudice.

Dated: August 20, 2008

/s/
_____
By:  MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America